AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California ▼

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 2:23-cv-07444 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States of America

           c/o United States Attorney's Office Central District of California
           Civil Process Clerk
           United States Attorneys Office
           Central District of California
           300 North Los Angeles Street
           Los Angeles, California 90012

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
        Dale K. Galipo (SBN 144074)
        dalekgalipo@yahoo.com
        Law Offices of Dale K. Galipo
        21800 Burbank Boulevard Suite 310
        Woodland Hills, CA 91367-6479

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____             _____
                                             *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-07444

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

      This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

      ❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

      ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

      ❐ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

      ❐ I returned the summons unexecuted because _____ ; or

      ❐ Other *(specify):*


      My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

      I declare under penalty of perjury that this information is true.


Date: _____

                               _____
                                            *Server's signature*

                               _____
                                          *Printed name and title*


                               _____
                                          *Server's address*

Additional information regarding attempted service, etc: