Law Offices of Dale K. Galipo
Dale K. Galipo SBN 144074
21800 Burbank Boulevard Suite 310
Woodland Hills, CA 91367-6479

Law Offices of Vicki I. Sarmiento
Vicki I. Sarmiento SBN 134047
333 N Garfield Ave.
Alhambra, CA 91801-2461

Law Offices of Scott D. Hughes
Scott Hughes SBN 253611
620 Newport Center Drive Suite 1100
Newport Beach, CA 92660

Representing: Plaintiff                                             File No. 9942795

UNITED STATES DISTRICT COURT

Central District of California - District - Los Angeles - First Street

| Yesenia Flores | ) | Case No. 2:23-cv-07444-DSF-JC |
| Plaintiff/Petitioner | ) | |
| vs. | ) | Proof of Service of: |
| United States of America, et al | ) | Summons, Complaint |
| Defendant/Respondent | ) | |
| | ) | Service on: |
| | ) | Andre Chevelier |
| | ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 21648004

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Dale K. Galipo<br>Dale K. Galipo SBN 144074<br>21800 Burbank Boulevard Suite 310<br>Woodland Hills, CA 91367<br><br>Law Offices of Vicki I. Sarmiento<br>Vicki I. Sarmiento SBN 134047<br><br>Law Offices of Scott D. Hughes<br>Scott Hughes SBN 253611<br><br>TELEPHONE NO:       FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*:   Plaintiff | Ref. No. or File No.:  9942795<br>(21648004) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, 90012 | | |
| PLAINTIFF:<br>Yesenia Flores | | |
| DEFENDANT:<br>United States of America, et al | | |
| **PROOF OF SERVICE** | CASE NUMBER:<br>2:23-cv-07444-DSF-JC | |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Summons, Complaint

2. Party Served:            Andre Chevelier

3. Left With:            ESTRELLA GARCIA - LEGAL ASSISTANT - Person in Charge of Office

4. Date & Time of Delivery:            November 17, 2023 at 2:44 pm PST

5. Address, City and State:            300 N Los Angeles St 7516 Los Angeles, CA, 90012

6. Manner of Service:            By leaving the copies with or in the presence of ESTRELLA GARCIA - LEGAL ASSISTANT, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed them of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for service: $65.00

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Exempt under business and profession code 22350(b)
Michael Frias

*/s/ Michael Frias*
Michael Frias

InfoTrack US, Inc. - P000618
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

Date: November 29, 2023

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Law Offices of Dale K. Galipo<br>Dale K. Galipo SBN 144074<br>21800 Burbank Boulevard Suite 310<br>Woodland Hills, CA 91367<br><br>Law Offices of Vicki I. Sarmiento<br>Vicki I. Sarmiento SBN 134047<br><br>Law Offices of Scott D. Hughes<br>Scott Hughes SBN 253611<br>        TELEPHONE NO:        FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>        ATTORNEY FOR *(Name)*:   Plaintiff | FOR COURT USE ONLY |
|---|---|
| *Ref. No. or File No.:* 9942795 (21648004) | |
| *Insert name of Court, and Judicial District and Branch Court*<br>Central District of California - District - Los Angeles - First Street<br>350 W. First Street<br>Los Angeles, 90012 | |
| PLAINTIFF:<br>Yesenia Flores | |
| DEFENDANT:<br>United States of America, et al | |

| PROOF OF SERVICE BY MAIL | CASE NUMBER:<br>2:23-cv-07444-DSF-JC |
|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 1400 N. McDowell Blvd, Petaluma, CA 94954.

On 11/21/2023, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCP 4(e)(2)(B) or FRCP 4(h)(1)(B) was made (if applicable), I mailed copies of the:

Summons, Complaint

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Petaluma, CA, addressed as follows:

Andre Chevelier

300 N Los Angeles St, 7516
Los Angeles, CA 90012

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

Fee for Service: $65.00

**I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.**

Date:   11/21/2023
Sandra Alcala

          (TYPE OR PRINT NAME)

*(signature)* Sandra Alcala

          (SIGNATURE OF DECLARANT)

☐ Attorney for    ☐ Plaintiff    ☐ Petitioner    ☐ Defendant
☐ Respondent    ☒ Other *(Specify)*: InfoTrack USA

Form Approved for Optional Use          **ATTACHED DECLARATION**          Page 2 of 2
Judicial Council of California                                                                                             Order #21648004
MC-031 [Rev.July 1, 2005]