UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| YESENIA FLORES,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, ANDRE CHEVALIER; and DOES 1-10,<br><br>  Defendants. | No. 2:23-cv-07444-DSF-JC<br><br>**DECLARATION OF ANDREA M. RODRIGUEZ** |

I, Andrea M. Rodriguez, declare as follows:

I have personal knowledge of the facts set forth herein, unless specifically stated based on information and belief.

1. I am a Staff Assistant for United States Customs and Border Protection (CBP) and have been so employed for approximately seven years. In that capacity I work closely with CBP attorneys within the Office of the Chief Counsel (OCC) in support of the office caseload and administrative needs. My responsibilities include assisting with the processing of administrative claims made against CBP under the Federal Tort Claims Act (FTCA).

2. As part of my responsibilities for CBP, I frequently prepare official communication to be mailed by Certified Mail, to include official communication mailed

1  to claimants under the FTCA. I utilize Postal Service Form 3800 to certify these
2  mailings, entering the name and complete address of the person or firm to whom the
3  mail is addressed. I input the complete delivery address into a Microsoft Word label
4  making template. I then print three identical labels containing the delivery address,
5  attaching one label to the Form 3800 Certified Mail receipt, one label to the return
6  receipt card, and one label to the front of the mailing envelope. I affix to the envelope
7  enough postage to pay for the Certified Mail fee, attach the Certified Mail sticker to the
8  address side of the article, detach the receipt, mark the receipt to show the date, and mail
9  the article.

10      3.      In the instant case, around June 14, 2022, Ms. Yesenia Flores filed an
11  administrative claim with CBP through her attorney, Scott D. Hughes. A true and
12  accurate copy of Ms. Yesenia Flores's administrative claim is attached to this declaration
13  as Exhibit 1.

14      4.      Thereafter, I received CBP's letter denying Ms. Yesenia Flores's
15  administrative claim (the "Denial Letter") from a CBP colleague via email attachment on
16  March 7, 2023, with a request to send the Denial Letter via Certified Mail. A true and
17  correct copy of the Denial Letter is attached to this declaration as Exhibit 2. I dated the
18  Denial Letter, March 7, 2023. A true and correct copy of the Denial Letter, dated March
19  7, 2023, is attached to this declaration as Exhibit 3. I then followed my standard process
20  for sending a letter via Certified Mail described in paragraph 2 above, which included
21  inputting the following address into a Microsoft Word label making template: Scott D.
22  Hughes, Esq., 620 Newport Center Drive, Suite 1100, Newport Beach, California,
23  92660. I then printed three identical labels with this delivery address, attaching one label
24  to the Certified Mail receipt, one label to the return receipt card, and one label to the
25  front of the mailing envelope containing the denial letter. I attached the Certified Mail
26  sticker to the address side of the envelope, detached the receipt, and marked the receipt
27  to show the date (March 7, 2023). A true and correct copy of the Certified Mail receipt
28  for the Denial Letter is attached to this declaration as Exhibit 4. I then took it to the

USPS mailbox located inside my office building and dropped the envelope inside.

5. To confirm the mailing and delivery of the Denial Letter, I retrieved tracking information for the Denial Letter from the United States Postal Service (at www.usps.com). At the USPS website, I inserted the 20-digit article number ending 6143 reflected on the Certified Mail receipt (Exhibit 3). The tracking and delivery information from USPS indicates the Denial Letter was placed in the mail on March 7, 2023, and delivered at 11:56 a.m. on March 10, 2023, in Newport Beach, California, 92660. A true and accurate printout of the USPS tracking and delivery information for the Denial Letter is attached to this declaration as Exhibit 5.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 23rd day of February, 2024.

*Andrea M. Rodriguez*
ANDREA M. RODRIGUEZ