**CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Scott D. Hughes, Esq.
Law Offices of Scott D. Hughes
620 Newport Center Drive, Suite 1100
Newport Beach, CA  92660

Re:     FTCA Administrative Claim of Yesenia Flores

Dear Mr. Hughes:

Please be advised of the following decision regarding the $2,000,000 administrative tort claim you filed on behalf of Yesenia Flores for alleged personal injuries stemming from the border crossing at the San Ysidro Port of Entry on April 23, 2022.  After careful consideration of all the evidence in this case, it is my decision to deny the claim in full.  This constitutes the agency's final denial of the claim.

Please be advised that if you are dissatisfied with this decision, you may file suit in an appropriate United States District Court no later than six months after the date of this letter.

AARON T PARKER  Digitally signed by AARON T PARKER
Date: 2023.03.07 10:59:32 -05'00'

Aaron T. Parker
Chief, Accounts Payable Branch
Finance & Accounting Division
U.S. Customs and Border Protection

Exhibit 2
24
Decl. of Andrea M. Rodriguez