12/20/23, 11:01 AM                                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70062150000446436143

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 11:56 am on March 10, 2023 in NEWPORT BEACH, CA 92660.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Front Desk/Reception/Mail Room**

NEWPORT BEACH, CA 92660
March 10, 2023, 11:56 am

**Arrived at USPS Regional Facility**

SANTA ANA CA DISTRIBUTION CENTER
March 9, 2023, 7:55 pm

**In Transit to Next Facility**

March 9, 2023

**Arrived at USPS Regional Facility**

SAN DIEGO CA DISTRIBUTION CENTER
March 8, 2023, 8:30 pm

Feedback

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |

| USPS Tracking Plus® | ⌄ |

| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs