UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA, ANDRE CHEVALIER; and DOES 1-10,<br><br>    Defendants. | Case No. 2:23-cv-07444-DSF-JC<br><br>**[PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO DISMISS** |

   The Court, having considered Defendant United States' Notice of Motion and Motion to Dismiss, and Memorandum of Points and Authorities in support thereof, and good cause appearing therefore, IT IS HEREBY ORDERED THAT Defendant United States' Motion is GRANTED in its entirety, and Defendant United States is dismissed from this action with prejudice, leaving only *Bivens* claims against Defendant Chevalier.

1  Dated:_____

3                                          _____
4                                          HONORABLE DALE S. FISCHER
                                           UNITED STATES DISTRICT JUDGE

2