DALE K. GALIPO, State Bar No. 144074
dalekgalipo@yahoo.com
Eric Valenzuela, State Bar No. 284500
evalenzuela@galipolaw.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Attorneys for Plaintiff

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-07444-DSF-JC<br><br>*Honorable Dale S. Fischer*<br><br>**JOINT STIPULATION FOR ORDER CONTINUING RESPONSIVE PLEADING DEADLINE AND HEARING DATE**<br><br>*[[Proposed] Order Filed Concurrently Herewith]* |

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiff and Defendants (Plaintiff and Defendants are collectively referred to hereinafter as "the Parties") through their respective attorneys of record hereby stipulate and agree as follows:

/ / /

1

JOINT STIPULATION FOR ORDER CONTINUING RESPONSIVE PLEADING DEADLINE AND HEARING DATE

1  Whereas Defendants filed their Motion to Dismiss (Doc. 20) on March 7, 2024.

2  Whereas Plaintiff's opposition to the motion is currently due March 25, 2024 (21 days before April 15, 2024, hearing date).

3  Whereas Plaintiff's opposition will involve issues of equitable tolling regarding the conduct and inactions of two of Plaintiff's prior counsel.

4  Whereas these two prior counsels are unavailable to assist in the preparation of the opposition due to, in one case, having been criminally prosecuted, convicted, and disbarred, and in the other case having recently passed away on February 20, 2024.

5  Whereas Plaintiff's remaining counsel requires additional time to address issues of equitable tolling that involve issues relating to Plaintiff's former attorneys, Plaintiff requests an additional week or until April 1, 2024, to file Plaintiff's opposition.

6  Whereas, in the interest of fairness, Defendants would also get an extra week to prepare any reply to Plaintiff's opposition. Defendants' reply is currently due on April 1, 2024 (14 days, prior to the hearing) and the extension would make the reply due April 15, 2024.

7  Whereas the current Motion hearing date is April 15, 2024, and the extension would continue the hearing date until April 29, 2024.

8  Accordingly, Good Cause exists to grant the stipulation and allow the parties an additional week to file their opposition and reply to Defendants' Motion to Dismiss.

/ / /

/ / /

/ / /

/ / /

The continued dates have been mutually agreed upon in this matter. Thus, neither Party will be prejudiced by the continued dates in this matter.

Respectfully submitted,

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: March 12, 2024          Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ *Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Defendant United States of America

Dated:  March 12, 2024          LAW OFFICES OF DALE K. GALIPO

By     /s/  Eric Valenzuela
         Attorneys for Plaintiff

---

3
JOINT STIPULATION FOR ORDER CONTINUING RESPONSIVE PLEADING DEADLINE AND HEARING DATE