# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO**. 2:23-cv-07444-DSF-JC<br><br>**[Proposed] ORDER RE: JOINT STIPULATION FOR ORDER CONTINUING RESPONSIVE PLEADING DEADLINE AND HEARING DATE** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 2:23-cv-07444-DSF-JC is **GRANTED** and the Plaintiff's Opposition to Defendants' Motion to Dismiss shall be filed on or before April 1, 2024.  Further, Defendants' Reply, would be due on or before April 15, 2024.  Further, the hearing date for Defendants' Motion to Dismiss is continued from April 15, 2024, until April 29, 2024, at 1:30 p.m.

**IT IS SO ORDERED.**

DATED: _____, 2024

Honorable Honorable Dale S. Fischer
United States District Judge