LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo, SBN 144074
Eric Valenzuela, SBN 284500
21800 Burbank Blvd., Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118
dalekgalipo@yahoo.com
evalenzuela@galipolaw.com

Attorneys for *Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, <br><br> Plaintiff, <br> v. <br> UNITED STATES OF AMERICA, ANDRE CHEVALIER; and DOES 1-10, <br><br> Defendants. | **Case No.** 2:23-cv-07444-DSF-JC <br><br> **DECLARATION OF ERIC VALENZUELA IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

### DECLARATION OF ERIC VALENZUELA

I, Eric Valenzuela, declare and state as follows:

1. I am an attorney duly licensed to practice law before all courts within the State of California and I am one of the attorneys of record for Plaintiff in the instant action.

2. I am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

3. I am filing this Declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss.

4. Attached hereto as **Exhibit "A"** is a true and correct copy of the relevant pages of former Plaintiff's counsel, Scott Hughes' Criminal Docket in his federal criminal case.

5. Attached hereto as **Exhibit "B"** is a true and correct copy of the Declaration of Dale K. Galipo.

6. Attached hereto as **Exhibit "C"** is a true and correct copy of the Declaration of Plaintiff Yesenia Flores.

I declare under penalty of perjury under the law of the Unites States of America that the forgoing is true and correct.

DATED: April 1, 2024                    /s/ Eric Valenzuela
                                        Eric Valenzuela