# EXHIBIT A

Query    Reports ▾    Utilities ▾    Help    Log Out

CLOSED,ECF,MOTREF

# U.S. District Court
## Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:20-cr-00398-GBD-3

Case title: USA v. Dos Santos

Date Filed: 08/06/2020

Date Terminated: 10/05/2023

Assigned to: Judge George B. Daniels

**Defendant (3)**

**Scott Hughes**
*TERMINATED: 10/05/2023*

represented by **Gilbert S Bayonne**
1850 Amsterdam Ave
New York, NY 10031
929-333-6497
Email: thebayonnefirm@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Michael Oliver Hueston**
Michael Hueston, Attorney at Law
16 Court Street, 35th Floor
Brooklyn, NY 11241
718-246-2900
Email: mhueston@nyc.rr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

**Mitchell E Ignatoff**
Mitchell E. Ignatoff, Esq.
560 Sylvan Ave.
Ste 3061
Englewood Cliffs, NJ 07632
201-664-8500
Fax: 201-829-0912
Email: mitchell@meignatoff.com
*TERMINATED: 03/07/2022*
Designation: Retained

**Pending Counts**

18:1956-4999.F CONSPIRACY TO
COMMIT MONEY LAUNDERING
(3)

**Disposition**

IMPRISONMENT: 18 months.
SUPERVISED RELEASE: 3 years.

**EXHIBIT A Page 1**

### Highest Offense Level (Opening)
Felony

| | |
|---|---|
| **Terminated Counts** | **Disposition** |
| 18:1349.F BANK FRAUD CONSPIRACY (2) | Dismissed |

### Highest Offense Level (Terminated)
Felony

| | |
|---|---|
| **Complaints** | **Disposition** |
| None | |

### Interested Party
**Tabitha Kaus**

### Plaintiff
**USA**  represented by  **Elizabeth Anne Espinosa**
DOJ-USAO
1 St. Andrew's Plaza
New York, NY 10007
212-637-2216
Email: elizabeth.espinosa@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Kiersten Ann Fletcher**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-2238
Fax: 212-637-2527
Email: kiersten.fletcher@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Samuel Raymond**
DOJ-USAO
1 St Andrew's Plaza
New York, NY 10007
212-637-6519
Email: samuel.raymond@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

*Designation: Assistant US Attorney*

**Cecilia Vogel**
United States Attorney's Office, SDNY
One Saint Andrew's Plaza
New York, NY 10007
212-637-1084
Fax: 212-637-2443
Email: cecilia.vogel@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/18/2020 | 10 | Order to Unseal (S1) Indictment as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar. (Signed by Magistrate Judge Stewart D. Aaron on 8/18/2020)(jbo) Modified on 8/26/2020 (jm). (Entered: 08/20/2020) |
| 08/18/2020 | 11 | (S1) SEALED SUPERSEDING INDICTMENT FILED as to Gutemberg Dos Santos (1) count(s) 1s, 2s, 3s, Pablo Renato Rodriguez (2) count(s) 1, 2, 3, Scott Hughes (3) count(s) 2, 3, Cecilia Millan (4) count(s) 1, 3, Jackie Aguilar (5) count(s) 1. (jbo) Modified on 8/26/2020 (jm). (Entered: 08/20/2020) |
| 08/18/2020 | | Case Designated ECF as to Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar. (jbo) Modified on 8/26/2020 (jm). (Entered: 08/20/2020) |
| 08/18/2020 | | Arrest of Scott Hughes in the United States District Court - Central District of California. (jm) (Entered: 08/21/2020) |
| 08/21/2020 | 17 | Rule 5(c)(3) Documents Received as to Scott Hughes from the United States District Court - Central District of California. (Attachments: # 1 docs, # 2 docs, # 3 docs, # 4 docs, # 5 docs, # 6 docs, # 7 docs, # 8 docs, # 9 docs, # 10 docs, # 11 docs)(jm) (Entered: 08/21/2020) |
| 08/21/2020 | 18 | ENDORSED LETTER as to Scott Hughes addressed to Judge George B. Daniels, from Kiersten A. Fletcher, Cecilia E. Vogel, Elizabeth A. Espinosa k dated 8/19/2020 re: The Government writes to request a modification to conditions. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 8/19/2020) (ap) (Entered: 08/24/2020) |
| 08/24/2020 | 90 | Appearance Bond Entered as to Scott Hughes: $2,500,000 Personal Recognizance Bond; To be cosigned by one financially responsible person; Secured by $250,000 in Cash; Additional Conditions.... [**Advice of Penalties and Sanctions attached.] (jbo) (Entered: 05/06/2021) |
| 09/03/2020 | | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Initial Appearance as to Scott Hughes held on 9/3/2020. AUSA Kiersten Fletcher present for the government. Defense counsel Kate Corrigan present for the defendant. (lnl) (Entered: 09/04/2020) |
| 09/03/2020 | 20 | Minute Entry for proceedings held before Magistrate Judge James L. Cott: Arraignment as to Scott Hughes (3) Count 2,3 held on 9/3/2020. AUSA Kiersten Fletcher present for the government. Defense counsel Kate Corrigan present for the defendant. Agreed conditions of release. Def. arraigned; pleads not guilty. Speedy trial time excluded under 18 U.S.C. § 3161(h)(7) until 11/19/2020. Conference before D.J. on 11/19/2020. **Plea entered by Scott Hughes (3) Count 2,3 Not Guilty** (lnl) (Entered: 09/04/2020) |

| 01/13/2023 | 160 | AFFIRMATION of Cecilia Vogel by USA as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. *Victim Notification Procedures* (Attachments: # 1 Text of Proposed Order re Victim Notification) (Vogel, Cecilia) (Entered: 01/13/2023) |
|---|---|---|
| 01/17/2023 | 161 | VICTIM NOTIFICATION ORDER as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. It is hereby ORDERED That the following procedures are a reasonable procedure giving effect to the notification rights contained in Title 18, United States code, Section 3771(a): a. The Government will maintain a notice (the "Notice") regarding this case onl ine at: https://www.iustice.gov/usao-sdny/us-v-gutembergdos-santos-et-al-20-cr-3 98-gbd-airbit-club. (Signed by Judge George B. Daniels on 1/17/2023) (See ORDER set forth) (ap) (Entered: 01/17/2023) |
| 01/31/2023 | 163 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 01/31/2023) |
| 01/31/2023 | 164 | LETTER MOTION addressed to Judge George B. Daniels from Cecilia Vogel, Kiersten Fletcher, Samuel Raymond dated January 31, 2023 re: Proposed Pretrial Deadlines . Document filed by USA as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. (Vogel, Cecilia) (Entered: 01/31/2023) |
| 02/07/2023 | | Minute Entry for proceedings held before Judge George B. Daniels: Status Conference as to Pablo Renato Rodriguez, Scott Hughes, Jackie Aguilar held on 2/7/2023. Attorney(s) present for Government: Cecilia Vogel, Samuel Raymond. Attorney(s) present for Defendant(s): Peter Neil Katz, Michael Oliver Hueston, Robert Delgrasso. Also present: Defendant Pablo Renato Rodriguez, Defendant Scott Hughes, Court Reporter. A final status conference is scheduled for March 21, 2023 at 10:00 a.m. (Final Status Conference set for 3/21/2023 at 10:00 AM before Judge George B. Daniels) (lnl) (Entered: 02/07/2023) |
| 02/07/2023 | 167 | MEMO ENDORSEMENT granting 164 LETTER MOTION filed by USA as to Gutemberg Dos Santos (1), Pablo Renato Rodriguez (2), Scott Hughes (3), Cecilia Millan (4), Jackie Aguilar (5), Karina Chairez (6), addressed to Judge George B. Daniels from AUSAs Cecilia Vogel, Kiersten Fletcher, Samuel Raymond, dated January 31, 2023 re: Proposed Pretrial Deadlines. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 2/7/2023) (bw) (Entered: 02/07/2023) |
| 02/21/2023 | 172 | ORDER as to Scott Hughes. A change of plea hearing for Mr. Scott Hughes is scheduled for March 1, 2023 at 9:45 a.m. (Change of Plea Hearing set for 3/1/2023 at 09:45 AM before Judge George B. Daniels.) (Signed by Judge George B. Daniels on 2/21/2023)(jw) (Entered: 02/21/2023) |
| 03/01/2023 | | Minute Entry for proceedings held before Judge George B. Daniels: Change of Plea Hearing as to Scott Hughes held on 3/1/2023. Attorney(s) present for Government: Cecilia Vogel, Samuel Raymond. Attorney(s) present for Defendant(s): Michael Oliver Hueston. Also present: Defendant Scott Hughes, Court Reporter. The change of plea hearing is adjourned to March 2, 2023 at 2:00 p.m. (Change of Plea Hearing set for 3/2/2023 at 02:00 PM before Judge George B. Daniels) (lnl) (Entered: 03/01/2023) |
| 03/02/2023 | | Minute Entry for proceedings held before Judge George B. Daniels: Change of Plea Hearing as to Scott Hughes held on 3/2/2023. Attorney(s) present for Government: Cecilia Vogel. Attorney(s) present for Defendant(s): Michael Oliver Hueston. Also present: Defendant Scott Hughes, Court Reporter. Defendant pled guilty to Count 3 of the Superseding Indictment. Sentencing is scheduled for August 9, 2023 at 2:15 p.m. (Sentencing set for 8/9/2023 at 02:15 PM before Judge George B. Daniels) **Plea entered by Scott Hughes (3) Guilty as to Count 3.** (lnl) (Entered: 03/02/2023) |

| | | |
|---|---|---|
| 03/02/2023 | 174 | CONSENT PRELIMINARY ORDER OF FORFEITURE AS TO SPECIFIC PROPERTY /MONEY JUDGMENT as to (S1 20-Cr-398-3) Scott Hughes....[*** See this Consent Preliminary Order of Forfeiture As To Specific Property /Money Judgment ***]... IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorneys Kiersten A. Fletcher, Cecilia E. Vogel, and Samuel Raymond, and the Defendant SCOTT HUGHES, and his counsel, Michael Hueston, Esq. and Gilbert Bayonne, Esq., that: 1.As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $18,147,122 in United States currency (the "Money Judgment"), representing the property involved in the offense charged in Count Three of the Indictment, shall be entered against the Defendant. 2. As a result of the offense charged in Count Three of the Indictment, to which the Defendant pled guilty, all of the Defendant's right, title, and interest in the aforementioned Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853. 3.Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property /Money Judgment is final as to the Defendant, SCOTT D. HUGHES, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith....[*** See this Consent Preliminary Order of Forfeiture As To Specific Property /Money Judgment ***]... 13. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. 14. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument. SO ORDERED: (Signed by Judge George B. Daniels on 3/2/2023)(bw) (Entered: 03/02/2023) |
| 03/08/2023 | 178 | ORDER as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez: The Clerk of Court is directed to unseal the minute entry reflecting the change of plea of Defendant Gutemberg Dos Santos. SO ORDERED. (Signed by Judge George B. Daniels on 3/8/2023) (lnl) (Entered: 03/08/2023) |
| 03/13/2023 | 181 | ORDER as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez: The final status conference scheduled for March 21, 2023 and jury trial scheduled to begin May 1, 2023 are cancelled. Because Defendant Scott Hughes pled guilty to Count 3 of the Superseding Indictment on March, 2, 2023, Hughes' motion to sever his trial and bifurcate proceedings (ECF No. 138) is denied as moot. The Clerk of Court is directed to close the open motion accordingly. (Signed by Judge George B. Daniels on 3/13/2023)(ap) (Entered: 03/13/2023) |
| 03/15/2023 | 182 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/15/2023) |
| 03/15/2023 | 183 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 03/15/2023) |
| 03/30/2023 | 188 | TRANSCRIPT of Proceedings as to Scott Hughes re: Conference held on 3/1/23 before Judge George B. Daniels. Court Reporter/Transcriber: Sharonda Jones, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/20/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/28/2023. (Moya, Goretti) (Entered: 03/30/2023) |

| | | |
|---|---|---|
| 03/30/2023 | 189 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Scott Hughes. Notice is hereby given that an official transcript of a Conference proceeding held on 3/1/23 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/30/2023) |
| 03/31/2023 | 190 | TRANSCRIPT of Proceedings as to Scott Hughes re: Plea held on 3/2/23 before Judge George B. Daniels. Court Reporter/Transcriber: Pamela Utter, (212) 805-0300, Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 4/21/2023. Redacted Transcript Deadline set for 5/1/2023. Release of Transcript Restriction set for 6/29/2023. (Moya, Goretti) (Entered: 03/31/2023) |
| 03/31/2023 | 191 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT as to Scott Hughes. Notice is hereby given that an official transcript of a Plea proceeding held on 3/2/23 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days.... (Moya, Goretti) (Entered: 03/31/2023) |
| 05/01/2023 | 196 | ORDER as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. The September 20, 2023 sentencing for Mr. Gutemberg Dos Santos is adjourned to September 27, 2023 at 2:00 p.m. SO ORDERED. (Signed by Judge George B. Daniels on 5/1/2023)(bw) (Entered: 05/01/2023) |
| 06/23/2023 | 214 | CONSENT LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated June 23, 2023 re: sentencing continuance . Document filed by Scott Hughes. (Hueston, Michael) (Entered: 06/23/2023) |
| 06/26/2023 | 217 | ORDER as to (20-Cr-398-3) Scott Hughes. The August 9, 2023 sentencing for Defendant Scott Hughes is adjourned to September 6, 2023 at 10:15 a.m. The Clerk of Court is directed to close the open letter motion at ECF No. 214. SO ORDERED. ( Sentencing set for 9/6/2023 at 10:15 AM before Judge George B. Daniels. )(Signed by Judge George B. Daniels on 6/26/2023)(bw) (Entered: 06/26/2023) |
| 07/27/2023 | 224 | PETITION. Document filed by Tabitha Kaus as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. Dated: 6/15/2023. (Attachments: # 1 Exhibit Exhibit) (bw) (Entered: 07/27/2023) |
| 08/08/2023 | | MOTION REFERRED re: 224 PETITION filed by Tabitha Kaus as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez REFERRED to Magistrate Judge Stewart D. Aaron. Motions referred to Stewart D. Aaron. (lnl) (Entered: 08/08/2023) |
| 08/14/2023 | 229 | CONSENT LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated August 14, 2023 re: request for continuance of sentencing hearing . Document filed by Scott Hughes. (Hueston, Michael) (Entered: 08/14/2023) |
| 08/15/2023 | 230 | MEMO ENDORSEMENT as to Scott Hughes (3) on 229 CONSENT LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated August 14, 2023 re: request for continuance of sentencing hearing. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 8/15/2023) (ap) (Entered: 08/15/2023) |

| | | |
|---|---|---|
| 08/15/2023 | | Set/Reset Hearings as to Scott Hughes: Sentencing set for 9/26/2023 at 10:30 AM before Judge George B. Daniels. (ap) (Entered: 08/15/2023) |
| 09/15/2023 | 237 | CONSENT LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated September 15, 2023 re: a one-week adjournment of Mr. Hughess September 26, 2023 sentencing to October 3, 2023 . Document filed by Scott Hughes. (Hueston, Michael) (Entered: 09/15/2023) |
| 09/19/2023 | 240 | MEMO ENDORSEMENT as to Scott Hughes (3) granting 237 CONSENT LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated September 15, 2023 re: a one-week adjournment of Mr. Hughess September 26, 2023 sentencing to October 3, 2023. ENDORSEMENT: The sentencing is adjourned to October 3, 2023 at 10:00 a.m. (Signed by Judge George B. Daniels on 9/19/2023) (ap) (Entered: 09/19/2023) |
| 09/19/2023 | | Set/Reset Hearings as to Scott Hughes: Sentencing set for 10/3/2023 at 10:00 AM before Judge George B. Daniels. (ap) (Entered: 09/19/2023) |
| 09/19/2023 | 242 | LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated September 19, 2023 re: requesting that the Court credit Mr. Hughes with a 2-level downward variance based on the Guidelines amendment newly approved by the Sentencing Commission, U.S.S.G. § 4C1.1 at the time of his sentencing. . Document filed by Scott Hughes. (Hueston, Michael) (Entered: 09/19/2023) |
| 09/25/2023 | 247 | SENTENCING SUBMISSION by Scott Hughes. (Attachments: # 1 Exhibit 1 (Mr. Hughes's letter to the Court, Redacted), # 2 Exhibit 2 (Letters & Correspondence in Support), # 3 Exhibit 3 (Medical Records, Under Seal), # 4 Exhibit 4 (Veteran & Military Records, Under Seal), # 5 Exhibit 5 (Education & Diplomas), # 6 Exhibit 6 (MCLES), # 7 Exhibit 7 (Employment History), # 8 Exhibit 8 (Post-Arrest Work History & Study 1of 3), # 9 Exhibit 8 (Post-Arrest Work History & Study 2of 3), # 10 Exhibit 8 (Post-Arrest Work History & Study 3 of 3), # 11 Exhibit 9 (Awards & Reviews), # 12 Exhibit 10 (Mitigation Report, Under Seal), # 13 Exhibit 11 (Mr. Hughes's letters to the Govt re: Forfeiture, Under Seal), # 14 Exhibit 12 (Govt's 6/27/23 ltr to the Department of Probation, Under Seal, # 15 Exhibit 13 (Mr. Hughes's 6/7/23 ltr to the Department of Probation, Under Seal))(Hueston, Michael) (Entered: 09/25/2023) |
| 09/25/2023 | 248 | LETTER MOTION addressed to Judge George B. Daniels from Michael Hueston, Esq. dated September 25, 2023 re: 247 Sentencing Submission,,, re: filing confidential portions of his Sentencing Submission, Mr. Hughess letter to the Court (Exhibit 1), his Medical Reports (Exhibit 3), Veteran and Military Records (Exhibit 4), Mitigation Report (Exhibit 10), Forfeiture letters (Exhibit 11), Excerpts from the Governments June 27, 2023 letter to the Department of Probation (Exhibit 12), and Mr. Hughess June 7, 2023 letter to the Department of Probation (Exhibit 13) be filed under seal . Document filed by Scott Hughes. (Hueston, Michael) (Entered: 09/25/2023) |
| 09/26/2023 | 251 | MEMO ENDORSEMENT granting 248 LETTER MOTION filed by as to Scott Hughes (3), addressed to Judge George B. Daniels from Michael Hueston, Esq. dated September 25, 2023 re: 247 Sentencing Submission, re: filing confidential portions of his Sentencing Submission, Mr. Hughess letter to the Court (Exhibit 1), his Medical Reports (Exhibit 3), Veteran and Military Records (Exhibit 4), Mitigation Report (Exhibit 10), Forfeiture letters (Exhibit 11), Excerpts from the Governments June 27, 2023 letter to the Department of Probation (Exhibit 12), and Mr. Hughess June 7, 2023 letter to the Department of Probation (Exhibit 13) be filed under seal. ENDORSEMENT: SO ORDERED. (Signed by Judge George B. Daniels on 9/26/2023) (bw) (Entered: 09/26/2023) |

| | | |
|---|---|---|
| 09/26/2023 | | Transmission to Sealed Records Clerk: as to Scott Hughes (3). Transmitted re: 251 MEMO ENDORSEMENT, to the Sealed Records Clerk for the sealing of document(s). (bw) (Entered: 09/26/2023) |
| 09/29/2023 | 256 | SENTENCING SUBMISSION by USA as to Scott Hughes. (Vogel, Cecilia) (Entered: 09/29/2023) |
| 10/02/2023 | 257 | SEALED DOCUMENT placed in vault. (jus) (Entered: 10/02/2023) |
| 10/02/2023 | 258 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2023) |
| 10/02/2023 | 259 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2023) |
| 10/02/2023 | 260 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2023) |
| 10/02/2023 | 261 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2023) |
| 10/02/2023 | 262 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/02/2023) |
| 10/03/2023 | 263 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/03/2023) |
| 10/03/2023 | | Minute Entry for proceedings held before Judge George B. Daniels:Sentencing held on 10/3/2023 for Scott Hughes (3) Count 3. Attorney(s) present for Government Kiersten Fletcher, Cecilia Vogel. Attorney(s) present for Defendant(s) Michael Oliver Hueston, Gilbert Bayonne. Also present: Defendant Scott Hughes, Court Reporter, Defendant sentenced to 18 months imprisonment and three (3) years supervised release. Forfeiture is ordered pursuant to the Consent Preliminary Forfeiture Order (ECF No. 174), and Defendant must pay a $100 special assessment fee. Defendant is ordered to surrender himself to the custody of the United States Marshal Service or to a facility designated by the Bureau of Prisons by 2 PM on February 1, 2024. The government shall have until January 2, 2024 to file a motion regarding restitution. The Government moved to dismiss Count 2 against Defendant, and the motion was GRANTED. (jw) (Entered: 10/04/2023) |
| 10/03/2023 | | DISMISSAL OF COUNTS on Government Motion as to Scott Hughes (3) Count 2. (jw) (Entered: 10/04/2023) |
| 10/05/2023 | 266 | JUDGMENT IN A CRIMINAL CASE as to Scott Hughes (3) - S1 20-cr-398-03. The Defendant pleaded guilty to count three(3). Count two(2) is dismissed on the motion of the United States. IMPRISONMENT: 18 months. It is recommended that the Defendant be designated to a facility as close to Los Angeles, CA as possible. The defendant shall surrender to the United States Marshal for this district: at 02:00 p.m. on 2/1/2024. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons: before 2 p.m. on 2/1/2024. It is recommended that Defendant receive alcohol and drug treatment while in BOP custody. SUPERVISED RELEASE: 3 years. ASSESSMENT:: $100.00 due immediately. (Signed by Judge George B. Daniels on 10/4/2023) (lnl) (Entered: 10/05/2023) |
| 10/05/2023 | 269 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/05/2023) |
| 10/05/2023 | 270 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 10/05/2023) |
| 12/21/2023 | 279 | LETTER MOTION addressed to Judge George B. Daniels . Document filed by USA as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Jackie Aguilar, Karina Chairez. (Raymond, Samuel) (Entered: 12/21/2023) |
| 01/08/2024 | 283 | ORDER as to Gutemberg Dos Santos, Pablo Renato Rodriguez, Scott Hughes, Cecilia Millan, Karina Chairez. Upon the Government's December 21, 2023 motion (ECF No. 279), to which no Defendant objected, this Court finds, pursuant to 18 U.S.C. § 3663A(c)(3), that (1) restitution is impracticable in this case due to the large number of victims, and (2) a determination of each victim's losses "would complicate or prolong the |

| | | |
|---|---|---|
| | | sentencing process to a degree that the need to provide restitution to any victim is outweighed by the burden on the sentencing process." 18 U.S.C. § 3663A(c)(3)(A)--(B). This Court GRANTS the Government motion and authorizes the Government to compensate victims with finally forfeited assets through the remission process. The Clerk of Court is directed to close the motion at ECF No. 279. SO ORDERED. (Signed by Judge George B. Daniels on 1/8/2024)(bw) (Entered: 01/08/2024) |
| 02/01/2024 | 286 | SEALED DOCUMENT placed in vault. (nmo) (Entered: 02/01/2024) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 03/19/2024 15:32:42 ||||
| PACER Login: | dalekgalipo2014 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:20-cr-00398-GBD |
| Billable Pages: | 15 | Cost: | 1.50 |