# EXHIBIT C

LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (Bar No. 144074)
dalekgalipo@yahoo.com
Eric Valenzuela (Bar No. 284500)
evalenzuela@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, | CASE NO. 2:23-cv-07444-DSF-JC |
| Plaintiff, | [*Honorable Dale S. Fischer*] |
| v. | **DECLARATION OF YESENIA FLORES** |
| UNITED STATES OF AMERICA, ANDRE CHEVALIER; and DOES 1-10, | |
| Defendants. | |

Case. No. 2:23-cv-07444-DSF-JC
DECLARATION OF YESENIA FLORES

## DECLARATION OF YESENIA FLORES

1. I am the Plaintiff in the instant action. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Dismiss. I have personal knowledge of the matters stated herein and could and would testify competently thereto if called. I am a competent adult and am personally familiar with the facts contained herein and would and could competently testify thereto if called upon to do so.

2. I retained Vicki Sarmiento and Scott Hughes as my attorneys in June of 2022. I signed the retainer with Dale K. Galipo's Office in December of 2023.

3. After retaining Mrs. Sarmiento and Mr. Hughes as my attorneys, I remained in regular communication with Mr. Hughes, who was my "go to" attorney contact and he would routinely update me on my case and consistently reassured that my tort claim had been timely submitted, that my tort claim was never denied by the United States and that the lawsuit had been timely filed.

4. Mr. Hughes never told me that the tort claim was denied, or that he had received the tort claim denial and he never told me that the Complaint may have been filed late.

5. Mr. Hughes also never informed me of any of his criminal problems, and Ms. Sarmiento never told me about any medical condition or issues or that she had been admitted to a medical facility for a significant amount of time, due to these issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

4/1/2024
Executed on this ___ day of April, 2024, in 04/01/2024 California.

DocuSigned by:
_____
2FB2BB4C8CF349B...
Yesenia Flores

1
DECLARATION OF YESENIA FLORES
Case. No. 2:23-cv-07444-DSF-JC