# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES,<br>      Plaintiff,<br><br>              v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br>      Defendants. | CV 23-7444 DSF-JC<br><br>Order re Conversion of Motion to Dismiss to Motion for Summary Judgment |

   The Court is inclined to convert the United States of America's motion to dismiss to a motion for summary judgment pursuant to Federal Rule of Civil Procedure 12(d).  The United States asks the Court to dismiss Plaintiff, Yesenia Flores's complaint because it is time-barred by 28 U.S.C. § 2401(b).  Dkt. 20 (Mot.) vi.  As evidence, the United States relies on the declaration of Andrea M. Rodriguez and copies of the denial letters of Flores's administrative tort claim.  Id. at 4; Dkt. 25 (Reply) 2.  "Generally, the scope of review on a motion to dismiss for failure to state a claim is limited to the contents of the complaint."  Marder v. Lopez, 450 F.3d 445, 448 (9th Cir. 2006) (citing Warren v. Fox Family Worldwide, Inc., 328 F.3d 1136, 1141 n. 5 (9th Cir. 2003)).  But a court may consider evidence extrinsic to the complaint if: (1) the complaint refers to the document; (2) the document is central to the plaintiff's claim; and (3) no party questions the authenticity of the copy attached to the 12(b)(6) motion.  Marder v. Lopez, 450 F.3d at 448.  The United States urges the Court to consider the denial letters under this exception.  Reply at 2.  However, the letters are not referred to in the complaint, so considering them on a motion to dismiss would be improper.

    The Court will allow Flores an opportunity to present evidence that the complaint was timely filed, and if not, that equitable tolling should apply. Flores is granted leave to file a supplemental brief of no more than eight pages along with any further evidence the Court should consider.[1] The United States may also file a brief of no more than eight pages along with supplemental evidence. Flores's supplement is to be filed no later than June 17, 2024. The United States' response is to be filed no later than July 8, 2024. The matter will be under submission at that time without oral argument.

    IT IS SO ORDERED.

Date: May 29, 2024

                                      Dale S. Fischer
                                      United States District Judge

---

[1] The evidence may be filed under seal.