DALE K. GALIPO, State Bar No. 144074
dalekgalipo@yahoo.com
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Attorneys for Plaintiff

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YESENIA FLORES, an individual,

     Plaintiff,

     vs.

UNITED STATES OF AMERICA;
ANDRE CHEVELIER; and DOES 1-
10, inclusive,

     Defendants.

Case No. 2:23-cv-07444-DSF-JC

Honorable Dale S. Fischer

**JOINT STIPULATION FOR ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT FILING DEADLINES**

*[[Proposed] Order Filed Concurrently Herewith]*

**TO THE HONORABLE COURT, ALL INTERESTED PARTIES, AND TO THEIR ATTORNEYS OF RECORD**:

     Plaintiff and Defendant United States of America (Plaintiff and Defendant United States of America are collectively referred to hereinafter as "the Parties") through their respective attorneys of record hereby stipulate, subject to Court approval, as follows:

     Whereas, pursuant to the Court's Order (see Dkt. 27), the Plaintiff is to file her supplemental brief and any supporting evidence on or before June 17, 2024 and Defendant is to file its response on or before July 8, 2024.

     Whereas Plaintiff anticipates needing additional time to obtain supporting evidence for the supplemental brief, which will likely include evidence from third

1    parties.

2          Whereas, in light of the forgoing and for good cause shown, the parties

3    respectfully request, subject to Court approval, that the deadline for Plaintiff to

4    file her supplemental response brief be continued to July 15, 2024, and that the

5    deadline for the United States to file its response be continued to August 15,

6    2024.

7          IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

8

9                          Respectfully submitted,

10

11    Dated: June 3, 2024              E. MARTIN ESTRADA
                                       United States Attorney
12                                     DAVID M. HARRIS
                                       Assistant United States Attorney
13                                     Chief, Civil Division
                                       JOANNE S. OSINOFF
14                                     Assistant United States Attorney
                                       Chief, Complex and Defensive Litigation
15                                     Section

16                                        */s/ Jill S. Casselman*
                                       JILL S. CASSELMAN
17                                     Assistant United States Attorney

18                                     Attorneys for Defendant United States of
                                       America
19

20

21    Dated:  June 3, 2024             LAW OFFICES OF DALE K. GALIPO

22

23                                     By: /s/ *Eric Valenzuela*
24                                        Attorneys for Plaintiff

25

26

27

28

                                   2