1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| YESENIA FLORES, an individual, | **CASE NO**. 2:23-cv-07444-DSF-JC |
|---|---|
| Plaintiff, | **[Proposed] ORDER RE: JOINT STIPULATION FOR ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT FILING DEADLINES** |
| vs. | |
| UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive, | |
| Defendants. | |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 2:23-cv-07444-DSF-JC is **GRANTED** and the Plaintiff's supplemental brief shall be filed on or before July 15, 2024 and the Defendants Response shall be filed on or before August 15, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024

Honorable Dale S. Fischer
United States District Judge