1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>    Defendants. | **CASE NO**. 2:23-cv-07444-DSF-JC<br><br>**ORDER RE: JOINT STIPULATION FOR ORDER CONTINUING MOTION FOR SUMMARY JUDGMENT FILING DEADLINES** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 2:23-cv-07444-DSF-JC is **GRANTED** and the Plaintiff's supplemental brief shall be filed on or before July 15, 2024 and the Defendants Response shall be filed on or before August 15, 2024.

**IT IS SO ORDERED.**

DATED: June 5, 2024

Honorable Dale S. Fischer
United States District Judge