E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Civil Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07444-DSF-JC<br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE UPCOMING DEADLINES**<br><br>[(Proposed) Order filed concurrently herewith.]<br><br>Honorable Dale S. Fischer<br>United States District Judge |

1. PLEASE TAKE NOTICE that pursuant to Local Rules 16-15.7 and 40-2, Plaintiff Yesenia Flores and Defendant United States of America (together, the "Parties"), by and through their undersigned counsel, advise the Court that:

2. The parties have reached a settlement of this matter. The parties anticipate filing a stipulation of dismissal with prejudice within forty-five (45) days.

In light of the settlement, the parties respectfully request that the July 15, 2024 and August 15, 2024 supplemental briefing deadlines be vacated. A proposed order is filed concurrently herewith.

Dated: June 27, 2024

LAW OFFICE OF DALE K. GALIPO

*/s/ Eric Valenzuela, Esq.*

DALE K. GALIPO, ESQ.
ERIC VALENZUELA, ESQ.
Attorneys for Plaintiff Yesenia Flores

Dated: June 27, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

*/s/ Jill S. Casselman*
JILL S. CASSELMAN
Assistant United States Attorney

Attorneys for Defendant United States of America