1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | **CASE NO**. 2:23-cv-07444-DSF-JC<br><br>**[Proposed] ORDER RE: NOTICE OF SETTLEMENT AND STIPULATION TO VACATE UPCOMING DEADLINES** |

## ORDER

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the parties' Joint Stipulation in Case No. 2:23-cv-07444-DSF-JC is **GRANTED** and the supplemental briefing deadlines for July 17, 2024 and August 15, 2024 are vacated.

**IT IS SO ORDERED.**

DATED: _____, 2024

Honorable Dale S. Fischer
United States District Judge