E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Civil Section
JILL S. CASSELMAN (Cal. Bar No. 266085)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0165
    Facsimile: (213) 894-7819
    E-mail: Jill.Casselman@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YESENIA FLORES, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA; ANDRE CHEVELIER; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-07444-DSF-JC<br><br>**STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Honorable Dale S. Fischer<br>United States District Judge |

1   IT IS HEREBY STIPULATED by and between the parties, through their
2   undersigned counsel, that the above-captioned action is dismissed with prejudice in its
3   entirety pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each
4   side to bear its own costs, fees, and expenses.

| Dated: July 18, 2024 | LAW OFFICE OF DALE K. GALIPO |
|---|---|
| | */s/ Eric Valenzuela* |
| | DALE K. GALIPO, ESQ. |
| | ERIC VALENZUELA, ESQ. |
| | Attorneys for Plaintiff Yesenia Flores |
| Dated: July 18, 2024 | E. MARTIN ESTRADA |
| | United States Attorney |
| | DAVID M. HARRIS |
| | Assistant United States Attorney |
| | Chief, Civil Division |
| | JOANNE S. OSINOFF |
| | Assistant United States Attorney |
| | Chief, Complex and Defensive Litigation Section |
| | */s/ Jill S. Casselman* |
| | JILL S. CASSELMAN |
| | Assistant United States Attorney |
| | Attorneys for Defendant United States of America |